UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:15-cv-21850—MARTINEZ/GOODMAN

BARCLAYS CAPITAL INC.,

        Movant,

v.

ILEANA D. PLATT and RAFAEL URQUIDI,

        Respondents.

## AFFIDAVIT OF JACOB W. BUCHDAHL

1. Jacob W. Buchdahl states the following under oath.

2. I am an attorney licensed to practice law in the State of New York and am a partner at Susman Godfrey LLP located at 560 Lexington Avenue, Floor 15 New York, NY 10022.

3. I have never been disbarred and am not currently under suspension and have not resigned with discipline pending in any jurisdiction in which I have ever been admitted.

4. In or around January 2015, approximately three weeks before the arbitration hearing, I asked counsel for Barclays if he had any objection to Claimants' retention of Harvey Muskat as a damages expert despite the fact that Mr. Muskat previously had worked at the same firm as the Chairperson of the FINRA arbitration panel. Counsel for Barclays responded the following day that he did have an objection. Accordingly, I informed Mr. Muskat that he could

not serve as our expert witness. I was not aware that Mr. Muskat had called Mr. Levine directly until I received Barclays's Motion to Vacate.

5. Attached as Exhibit 1 to this motion is a true and correct copy of Claimants' Reply to Counterclaim of Barclays Capital Inc., dated June 12th, 2014.

6. Attached as Exhibit 2 to this motion is a true and correct copy of FINRA Case No. 10-01371, *UBS Financial Services, Inc. vs. Brennan*, dated August 1st, 2011.

7. Attached as Exhibit 3 to this motion is a true and correct copy of FINRA Case Nos. 11-03407 and 11-03408, *Morgan Stanley Smith Barney, LLC v. Carreras*, dated February 20th, 2013.

8. Attached as Exhibit 4 to this motion is a true and correct copy of the FINRA Award in Case No. 14-00218, *Jeannie P. Adams-Camblin and Carlos Alberto Gallo v. Barclays Capital Inc.*, dated March 30, 2015.

9. Attached as Exhibit 5 to this motion is a true and correct copy of a document BATES stamped Barclays Platt H-001556 – 62 and dated November 26th, 2012.

10. Attached as Exhibit 6 to this motion is a true and correct copy of a document BATES stamped Barclays Platt H-002112 – 18 and dated November 26th, 2012.

_____
Jacob W. Buchdahl

Subscribed and sworn before me this 1st day of June, 2015

_____
Notary Public

My Commission Expires: June 5, 2017

LEIZE A. NAND
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NA6205421
Qualified in Suffolk County
Commission Expires June 5, 2017