# EXHIBIT 3

**Award**
**FINRA Dispute Resolution**

In the Matter of the Arbitration Between:

<u>Claimants</u>  
Morgan Stanley Smith Barney, LLC  
Morgan Stanley Smith Barney FA Notes Holdings, LLC

<u>Case Number</u>: 11-03407

vs.

<u>Respondent</u>  
Jorge Antonio Carreras

*Consolidated with:*

<u>Claimants</u>  
Morgan Stanley Smith Barney, LLC  
Morgan Stanley Smith Barney FA Notes Holdings, LLC

<u>Case Number</u>: 11-03408

vs.

<u>Respondent</u>  
Carlos Javier Molina

<u>Hearing Site:</u> New York, New York

Nature of the Dispute: Member and Non-Member vs. Associated Persons

### REPRESENTATION OF PARTIES

For Claimants Morgan Stanley Smith Barney, LLC ("MSSB") and Morgan Stanley Smith Barney FA Notes Holdings LLC ("MSSB Notes"): John K. Wells, Esq., Michaels, Ward & Rabinovitz, LLP, Boston, MA.

For Respondents Jorge Antonio Carreras ("Carreras"), and Carlos Javier Molina ("Molina"): Jacob W. Buchdahl, Esq., Susman Godfrey LLP, New York, NY.

## CASE INFORMATION

### 11-03407

Statement of Claim filed on or about: September 1, 2011.
Answer to Counterclaim filed on or about November 30, 2011.
MSSB signed the Submission Agreement: August 29, 2011.
MSSB Notes signed the Submission Agreement: August 29, 2011.

Statement of Answer and Counterclaim filed by Carreras on or about: November 1, 2011.
Carreras signed the Submission Agreement: October 27, 2011.

### 11-03408

Statement of Claim filed on or about: September 1, 2011.
Answer to Counterclaim filed on or about November 30, 2011.
MSSB signed the Submission Agreement: August 29, 2011.
MSSB Notes signed the Submission Agreement: August 29, 2011.

Statement of Answer and Counterclaim filed by Molina on or about: November 1, 2011.
Molina signed the Submission Agreement: October 28, 2011.

## CASE SUMMARY

### 11-03407

Claimants asserted the following cause of action: breach of promissory notes.

Unless specifically admitted in his Answer, Respondent Carreras denied the allegations made in the Statement of Claim and asserted various affirmative defenses.

In his Counterclaim, Respondent Carreras asserted the following causes of action: breach of contract (commission agreement), negligent misrepresentation, constructive discharge, and breach of contact (bonus agreements).

Unless specifically admitted in their Answer to the Counterclaim, Claimants denied the allegations made in the Counterclaim and asserted various affirmative defenses.

### 11-03408

Claimants asserted the following cause of action: breach of promissory notes.

Unless specifically admitted in his Answer, Respondent Molina denied the allegations made in the Statement of Claim and asserted various affirmative defenses.

In his Counterclaim, Respondent Molina asserted the following causes of action: breach of contract (commission agreement), negligent misrepresentation, constructive discharge, and breach of contact (bonus agreements).

Unless specifically admitted in their Answer to the Counterclaim, Claimants denied the allegations made in the Counterclaim and asserted various affirmative defenses.

## RELIEF REQUESTED

### 11-03407

In the Statement of Claim, Claimants requested compensatory damages on Note 1 in the amount of $377,149.00 plus interest at the rate of 4.75% per annum from May 20, 2011; compensatory damages on Note 2 in the amount of $503,394.00 plus interest at the rate of 5.0% per annum from May 20, 2011; compensatory damages on Note 3 in the amount of $528,564.00 plus interest at the rate of 3.0% per annum from May 20, 2011; compensatory damages on Note 4 in the amount of $650,940.00 plus interest at the rate of 2.5% per annum from May 20, 2011; all costs, fees and expenses incurred by Claimants, including FINRA forum fees and attorneys' fees; and such other and further relief as the Panel deems appropriate.

In his Answer and Counterclaim, Carreras requested that Claimants' claims be denied in their entirety and a declaration that MSSB breached the Bonus Agreements plus compensatory damages for unpaid bonuses under Bonus Agreement 1 in the amount of $562,581.02; compensatory damages for unpaid bonuses under Bonus Agreement 2 in the amount of $566,318.58; compensatory damages for unpaid bonuses under Bonus Agreement 3 in the amount of $560,277.84; compensatory damages for unpaid bonuses under Bonus Agreement 4 in the amount of $707,896.77; punitive damages in an amount deemed appropriate by the Panel; all costs, fees, and expenses, including all FINRA forum fees and attorneys' fees; and such other and further relief as the Panel deems appropriate.

In their Answer to the Counterclaim Claimants requested that the Panel deny Carreras' Counterclaim in its entirety.

### 11-03408

In the Statement of Claim, Claimants requested compensatory damages on Note 1 in the amount of $516,994.00 plus interest at the rate of 4.75% per annum from May 20, 2011; compensatory damages on Note 2 in the amount of $590,941.00 plus interest at the rate of 5.0% per annum from May 20, 2011; compensatory damages on Note 3 in the amount of $620,488.00 plus interest at the rate of 3.0% per annum from May 20, 2011; compensatory damages on Note 4 in the amount of $764,146.00 plus interest at the rate of 2.5% per annum from May 20, 2011; all costs, fees and expenses incurred by Claimants, including FINRA forum fees and attorneys' fees; and such other and further relief as the Panel deems appropriate.

In his Answer and Counterclaim, Molina requested that Claimants' claims be denied in their entirety and a declaration that MSSB breached the Bonus Agreements plus compensatory damages for unpaid bonuses under Bonus Agreement 1 in the amount of $566,108.27; compensatory damages for unpaid bonuses under Bonus Agreement 2 in the amount of $664,808.14; compensatory damages for unpaid bonuses under Bonus

Agreement 3 in the amount of $657,716.86; compensatory damages for unpaid bonuses under Bonus Agreement 4 in the amount of $831,009.25; punitive damages in an amount deemed appropriate by the Panel; all costs, fees, and expenses incurred, including all FINRA forum fees and attorneys' fees; and such other and further relief as the Panel deems appropriate.

In their Answer to the Counterclaim Claimants requested that the Panel deny Molina's Counterclaim in its entirety.

## OTHER ISSUES CONSIDERED AND DECIDED

The Arbitrators acknowledge that they have each read the pleadings and other materials filed by the parties.

On or about December 21, 2011, Respondents filed a Motion to Consolidate cases 11-03407 and 11-03408; Claimants opposed and Respondents filed a Reply in Support of their Motion. After due deliberation, the Panel granted the Motion to Consolidate.

The parties have agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

## AWARD

After considering the pleadings, the testimony and evidence presented at the hearing, the Panel has decided in full and final resolution of the issues submitted for determination as follows:

1. Claimants' claims against Jorge Antonio Carreras and Carlos Javier Molina are denied in their entirety.

2. Claimants are liable for and shall pay to Mr. Carreras compensatory damages in the amount of $655,786.56.

3. Claimants are liable for and shall pay to Mr. Molina compensatory damages in the amount of $834,637.44.

4. Any and all relief not specifically addressed herein, including punitive damages, is denied.

## ARBITRATORS' REPORT

The Panel found that MSSB changed the work environment involving the Swiss platform, causing significant commissions lost to Respondents.

# FEES

Pursuant to the Code, the following fees are assessed:

### Filing Fees
FINRA Dispute Resolution assessed a filing fee* for each claim:
| | |
|---|---|
| Initial Claim Filing Fee | =$ 3,200.00 |
| Counterclaim Filing Fee | =$ 1,800.00 |

*The filing fee is made up of a non-refundable and a refundable portion.

### Member Fees
Member fees are assessed to each member firm that is a party in these proceedings or to the member firm that employed the associated persons at the time of the events giving rise to the dispute. Accordingly, as a party, Morgan Stanley Smith Barney, LLC is assessed the following:

| | |
|---|---|
| Member Surcharge | =$ 2,800.00 |
| Pre-Hearing Processing Fee | =$ 750.00 |
| Hearing Processing Fee | =$ 5,000.00 |

### Hearing Session Fees and Assessments
The Panel has assessed hearing session fees for each session conducted. A session is any meeting between the parties and the arbitrators, including a pre-hearing conference with the arbitrators, that lasts four (4) hours or less. Fees associated with these proceedings are:

One (1) Pre-hearing session with a single arbitrator @ $450.00/session = $ 450.00
Pre-hearing conference: January 8, 2013    1 session

Four (4) Pre-hearing sessions with the Panel @ $1,200.00/session = $ 4,800.00
Pre-hearing conferences:
- March 20, 2012    1 session
- April 3, 2012    1 session
- October 19, 2012    1 session
- November 15, 2012    1 session

Six (6) Hearing sessions @ $1,200.00/session = $ 7,200.00
Hearing Dates:
- January 17, 2013    2 sessions
- January 18, 2013    2 sessions
- January 23, 2013    2 sessions

Total Hearing Session Fees    =$12,450.00

The Panel has assessed $6,225.00 of the hearing session fees to Claimants.
The Panel has assessed $6,225.00 of the hearing session fees to Respondents.

All balances are payable to FINRA Dispute Resolution and are due upon receipt.

FINRA Dispute Resolution
Arbitration No. 11-03407
Award Page 6 of 6

## ARBITRATION PANEL

| | | |
|---|---|---|
| Marianne C. Hussey | - | Public Arbitrator, Presiding Chairperson |
| Annette B. Meyers | - | Public Arbitrator |
| Sherri L. Hughes | - | Non-Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument which is my award.

**Concurring Arbitrators' Signatures**

_____          2/20/13
Marianne C. Hussey                                           Signature Date
Public Arbitrator, Presiding Chairperson


_____          _____
Annette B. Meyers                                              Signature Date
Public Arbitrator


_____          _____
Sherri L. Hughes                                                Signature Date
Non-Public Arbitrator


February 21, 2013
Date of Service (For FINRA Dispute Resolution office use only)

FINRA Dispute Resolution
Arbitration No. 11-03407
Award Page 6 of 6

## ARBITRATION PANEL

| | | |
|---|---|---|
| Marianne C. Hussey | - | Public Arbitrator, Presiding Chairperson |
| Annette B. Meyers | - | Public Arbitrator |
| Sherri L. Hughes | - | Non-Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument which is my award.

**Concurring Arbitrators' Signatures**

_____
Marianne C. Hussey
Public Arbitrator, Presiding Chairperson

Signature Date

_____
*[signature: Annette B. Meyers]*
Annette B. Meyers
Public Arbitrator

2/20/13
Signature Date

_____
Sherri L. Hughes
Non-Public Arbitrator

Signature Date

February 21, 2013
_____
Date of Service (For FINRA Dispute Resolution office use only)

FINRA Dispute Resolution
Arbitration No. 11-03407
Award Page 7 of 7

## ARBITRATION PANEL

| | | |
|---|---|---|
| Marianne C. Hussey | - | Public Arbitrator, Presiding Chairperson |
| Annette B. Meyers | - | Public Arbitrator |
| Sherri L. Hughes | - | Non-Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm, pursuant to Article 7507 of the Civil Practice Law and Rules, that I am the individual described herein and who executed this instrument which is my award.

### Concurring Arbitrators' Signatures

_____    _____
Marianne C. Hussey              Signature Date
Public Arbitrator, Presiding Chairperson

_____    _____
Annette B. Meyers               Signature Date
Public Arbitrator

                                Feb. 20, 2013
_____    _____
Sherri L. Hughes                Signature Date
Non-Public Arbitrator

_____
February 21, 2013
Date of Service (For FINRA Dispute Resolution office use only)